UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| KEVIN DWAYNE THOMPSON | ) | |

ORDER

Pending before the Court is Defendant Kevin Dwayne Thompson's Motion To Continue Sentencing Hearing (Docket No. 933). Through the Motion, the Defendant requests that the Court continue the sentencing hearing, currently set for December 6, 2012, to a date after April 15, 2013.

The Motion is GRANTED. The sentencing hearing is CONTINUED until May 3, 2013, at 9:00 a.m.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE