UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RIVERS | ) | |

## ORDER

Pending before the Court is Defendant Kevin Thompson's Motion to Quash (Docket No. 1487). Through the Motion, Defendant Kevin Thompson seeks to quash Defendant Rivers' subpoena for his testimony at the trial set for August 27, 2013. As set forth in a contemporaneous Order, the Motions to Quash shall be heard on August 22, 2013, at 1:00 p.m.

The Government and Defendant Rivers shall file responses to the Motions to Quash on or before August 20, 2013.

Counsel for Defendant Kevin Thompson shall comply with the transportation process set forth in the contemporaneous Order regarding the August 22, 2013 hearing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE