UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| KEVIN DWAYNE THOMPSON | ) | |

ORDER

Pending before the Court is Defendant Kevin Dwayne Thompson's Unopposed Motion To Continue Sentencing Hearing (Docket No. 1539). Through the Motion, the Defendant seeks to continue the sentencing hearing currently, set for August 26, 2013, to a date after October 26, 2013. The Motion indicates that the Government does not oppose a continuance.

The Motion is GRANTED. Accordingly, the sentencing hearing for Defendant Kevin Dwayne Thompson is CONTINUED until November 4, 2013, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE